

# NUMBER 13-26-00179-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

ALFONSO ATKINSON,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

---

## ON APPEAL FROM THE 156TH DISTRICT COURT
## OF LIVE OAK COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Peña**

This cause is before the Court on its own motion. On February 20, 2026, appellant filed a "Notice of Restricted Appeal" attempting to appeal "interlocutory rulings" and "denial of habeas application." On March 19, 2026, the Clerk of the Court notified appellant it appears there is no final, appealable order from which appellant may appeal. On April 21, 2026, appellant filed a response which does not cure the defects nor identify an appealable order.

A state appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a signed final judgment of conviction. *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). Exceptions to the general rule include: (1) certain appeals while on deferred adjudication community supervision, *Kirk v. State*, 942 S.W.2d 624, 625 (Tex. Crim. App. 1997); (2) appeals from the denial of a motion to reduce bond, Tex. R. App. P. 31.1; *McKown*, 915 S.W.2d at 161; and (3) certain appeals from the denial of habeas corpus relief, *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.); *McKown*, 915 S.W.2d at 161. There are no appealable orders currently before the Court; therefore, we lack jurisdiction over the matters.

Our review of the documents before the Court does not reveal an appealable order entered by the trial court within thirty days before the filing of appellant's notices of appeal. The Court, having examined and fully considered the notices of appeal, is of the opinion that there are not any appealable orders, and this Court lacks jurisdiction over the matters herein. Accordingly, these appeals are hereby dismissed for lack of jurisdiction, and appellant's motion for appointment of counsel is also dismissed for lack of jurisdiction.

L. ARON PEÑA JR.
Justice

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed on the
11th day of June, 2026.